**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARJORIE KIRK and ROBERTA TAVARELLA : | |
| : | CASE NO.: 3:09CV891 (PCD) |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| VALENTINE & KEBARTAS, INC. : | AUGUST 18, 2009 |
| : | |
| Defendant. : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)ii), the plaintiffs, Marjorie Kirk and Roberta Taravella, through their attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees, as against the defendant, Valentine & Kebartas, Inc.

                                          PLAINTIFFS, MARJORIE KIRK and
                                          ROBERTA TARAVELLA

                                          BY: /s/ Daniel S. Blinn
                                          Daniel S. Blinn, Fed. Bar No. ct02188
                                          Consumer Law Group, LLC
                                          35 Cold Spring Road, Suite 512
                                          Rocky Hill, CT  06067
                                          Tel: (860) 571-0408; Fax (860) 571-7457
                                          dblinn@consumerlawgroup.com

**CERTIFICATION**

      I hereby certify that on this 18th day of August, 2009, a copy of the foregoing Notice of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Daniel S. Blinn
      Daniel S. Blinn